~~Steven G. Rosales~~
~~Attorney at Law: 222224~~
~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115~~
~~Santa Fe Springs, CA 90670~~
~~Tel.: (562)868-5886~~
~~Fax: (562)868-5491~~
~~E-mail: rohlfing.office@rohlfinglaw.com~~

~~Attorneys for Plaintiff~~
~~Leonor C. Ortega~~

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LEONOR C. ORTEGA, | Case No.: EDCV 11-01126 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 30, 2012

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-