1  ~~Steven G. Rosales~~
   ~~Attorney at Law: 222224~~
2  ~~Law Offices of Lawrence D. Rohlfing~~
   ~~12631 East Imperial Highway, Suite C-115~~
3  ~~Santa Fe Springs, CA 90670~~
   ~~Tel.: (562)868-5886~~
   ~~Fax: (562)868-5491~~
4  ~~E-mail: rohlfing.office@rohlfinglaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Leonor C. Ortega~~

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LEONOR C. ORTEGA, | Case No.: EDCV 11-01126 AN |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: January 30, 2012

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-